AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) Case No. 3:21-cr-108 |
| Jason Pollett | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jason Pollett
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

Failure to Appear.

Date:  10/19/2021

*Issuing officer's signature*

City and state:  Dayton, Ohio

Thomas M. Rose, United States District Judge
*Printed name and title*

FILED
RICHARD W. NAGEL
CLERK OF COURT
11/2/2021
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

### Return

This warrant was received on *(date)* 10/19/21, and the person was arrested on *(date)* 10/22/21
at *(city and state)* Dayton, OH

Date: 10/22/21

*Arresting officer's signature*

Deputy US Marshal Andrew Sebring
*Printed name and title*